# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CARMEN MELONE,

          Plaintiff,          Case No. 2:08-cv-00868-GWF

vs.                                    **ORDER**

PAUL EVERT'S RV COUNTRY, INC.,

          Defendant.

       This matter is before the Court on Defendant's Motion in Limine No. 1 to Exclude Evidence of Plaintiff's Current Medical Condition (#53), filed July 15, 2010; Defendant's Motion in Limine No. 2 to Exclude Lay Witness Testimony as to Whether Plaintiff's Impairment Substantially Limited a Major Life Activity (#54), filed July 15, 2010; and Defendant's Motion in Limine No. 3 to Exclude Lay Witness Testimony as to the Speculative Past and Future Wage Loss Related to the RV Industry in Nevada (#55), filed July 15, 2010.  Upon review and consideration,

       **IT IS HEREBY ORDERED** that Defendant's Motion in Limine No. 1 to Exclude Evidence of Plaintiff's Current Medical Condition (#53); Defendant's Motion in Limine No. 2 to Exclude Lay Witness Testimony as to Whether Plaintiff's Impairment Substantially Limited a Major Life Activity (#54); and Defendant's Motion in Limine No. 3 to Exclude Lay Witness Testimony as to the Speculative Past and Future Wage Loss Related to the RV Industry in Nevada (#55) are **denied.**

       DATED this 20th day of July, 2010.

                                                        *George Foley Jr.*
                                                        GEORGE FOLEY, JR.
                                                        United States Magistrate Judge