**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CARMEN MELONE,         ) | |
|                        ) | |
|         Plaintiff,     ) | Case No.  2:08-cv-00868-GWF |
|                        ) | |
| vs.                    ) | **ORDER** |
|                        ) | |
| PAUL EVERT'S RV COUNTRY, INC., ) | |
|                        ) | |
|         Defendant.     ) | |

This matter is before the Court on Defendant's Emergency Motion for Stay of Trial Pending Hearing on Renewed Motion for Judgment as a Matter of Law (#75), filed August 24, 2010. Upon review and consideration,

**IT IS HEREBY ORDERED** that Defendant's Emergency Motion for Stay of Trial (#75) is **denied**.

DATED this 25th day of August, 2010.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge