# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CARMEN MELONE, | |
| Plaintiff, | Case No. 2:08-cv-00868-GWF |
| vs. | **JUDGMENT IN A CIVIL CASE** |
| PAUL EVERT'S RV COUNTRY, INC., | |
| Defendant. | |

The issues of liability and damages for emotional distress were tried to a jury on July 19-22, 2010 and the jury returned a verdict in favor of the Plaintiff and awarded him emotional distress in the amount of $40,000.01.

The issues of back and/or front pay on Plaintiff's claim were tried to the Court on September 1, 2010. The Court issued its order on December 27, 2011 awarding Plaintiff back pay and reimbursement for COBRA benefits in the amount of $33,374.60.

**IT IS THEREFORE ORDERED AND ADJUDGED AS FOLLOWS:**

Plaintiff Carmen Melone recover from Defendant Paul Evert's RV Country, Inc. the amount of Seventy-Three Thousand, Three Hundred and Seventy-Four Dollars and Sixty-One Cents ($73,374.61), plus post-judgment interest at the rate of 0.12 % per annum from the date of this Order. Post-judgment interest shall continue to accrue at the rate of 0.12 % per annum until paid. Attorney's fees of Twenty-Seven Thousand, Two Hundred Seventy-Five and No/100 Dollars ($27,250.00) were mandated by the

. . .

. . .

appellate court in its order dated December 22, 2011 and attorney's fees and costs are to be decided by this Court.

DATED this 10th day of January, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge