AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Carmen Melone

          Plaintiff,

V.

Paul Evert's RV Country, Inc.

          Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:08-cv-00868-GWF

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

  IT IS ORDERED AND ADJUDGED

that Plaintiff's Motion for Attorney's Fees (#113) is granted in the total amount of $91,645.00.

| April 4, 2012 | /s/ Lance S. Wilson |
|---|---|
| Date | Clerk |
| | /s/ Molly Morrison |
| | (By) Deputy Clerk |