FILED _____ _____ RECEIVED
_____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 12 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* *

CARMEN MELONE,                          )
                                        )        2:08-cv-868 GWF
                                        )
            Plaintiff(s),               )
                                        )
vs.                                     )
                                        )
PAUL EVERT'S RV COUNTRY INC,            )
                                        )
                                        )
            Defendant(s).               )

### ORDER FOR DESTRUCTION OF EXHIBITS

As prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court, counsel was notified via Minute Order on **JULY 8, 2013** that they could retrieve the exhibits previously received into evidence that are in the custody of the Clerk's Office. **IT IS HEREBY ORDERED** that if exhibits are not retrieved by counsel prior to **AUGUST 12, 2013**, the Clerk is authorized to destroy said exhibits.

Dated: _August 8, 2013_  _____
                          U.S. MAGISTRATE JUDGE